THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYLVIA HERLING, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., a Delaware corporation; MICHAEL THANEM; and HOLLAND RICKER, <br><br> Defendants. | Case No. C06-5672RJB <br><br> **STIPULATION OF PARTIES AND PROPOSED ORDER RE AMENDMENT TO CASE SCHEDULE** |

The Parties, by and through counsel of record, hereby submit an updated status report and proposed revision to the case schedule as set forth in the Court's Order of November 21, 2007:

1. On November 21, 2007, the Court issued a new case schedule for this matter, in light of the fact that Plaintiff's prior counsel had died, and additional time had been required for Plaintiff to locate new counsel. Following appearance by Plaintiff's new counsel, Peter Fels, the parties submitted an updated status report and proposed new case schedule, dated November 19, 2007, which the Court adopted (adopted case schedule is listed at docket number 27).

2. Under the case schedule, February 28, 2008 is the deadline for disclosing primary expert witnesses and providing expert reports. Counsel have conferred and

agreed that it would facilitate the orderly flow of discovery if the deadline for disclosing primary expert witnesses and reports was extended by one month to March 31, 2008. The request to extend this deadline by one month will not affect any other pretrial or trial date set by the Court's case schedule. In particular, it would not affect the discovery cutoff or the trial date.

      3.    Accordingly, the parties respectfully request that the date of the case schedule for expert discovery be amended as follows:

| Description | Old Case Schedule Dates | Proposed New Dates |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) | February 28, 2008 | March 31, 2008 |

All other dates on the case schedule at Docket No. 27 would remain the same.

DATED this 27th day of February, 2008.

/s/ Peter L. Fels
State Bar Number 23708
PETER L. FELS, PC
211 E. Eleventh St., Ste. 105
Vancouver, WA 98660
Telephone: (360) 694-4530
Fax: (360) 694-4659
Email: peter@fels-law.com
*Attorney for Plaintiff*

/s/ Nancy W. Anderson
State Bar Number 23031
LANE POWELL PC

1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Telephone: (206) 223-7000
Fax: (206) 223-7107
Email: andersonn@lanepowell.com

*Attorneys for Defendants*

ORDER

Based on the foregoing Stipulation of the parties, the Court does hereby find and ORDER that the parties' joint request for a continuance of the expert discovery deadline to March 31, 2008 is GRANTED, that the foregoing schedule is ADOPTED and that the parties are DIRECTED to proceed accordingly.

DATED this 29th day of February, 2008.

_____
Honorable Robert J. Bryan
United States District Judge

Presented by:

LANE POWELL PC

By s/Nancy W. Anderson
   Nancy W. Anderson, WSBA No. 23031
Attorneys for Defendants

LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Phone: (206) 223-7000
Fax: (206) 223-7107
Email: andersonn@lanepowell.com

Approved as to Form;
Notice of Presentation Waived:

PETER L. FELS, PC

By s/Peter L. Fels
   Peter L. Fels, WSBA No. 08046
Attorney for Plaintiff
PETER L. FELS, PC
211 E. Eleventh St., Ste. 105
Vancouver, WA 98660
Pone: (360) 694-4530
Fax: (360) 694-4659
Email: peter@fels-law.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 27th day of February, 2008, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Mr. Peter L. Fels
Peter L. Fels, PC
211 E. Eleventh Street, Ste. 105
Vancouver, WA  98660
Telephone: (360) 694-4530
Facsimile: (360) 694-4530
E-mail: peter@fels-law.com

Executed on 27th day of February, 2008, at Seattle, Washington.

s/ Nancy W. Anderson
Signature of Attorney