THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYLVIA HERLING,<br><br>               Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC., a Delaware corporation; MICHAEL THANEM; and HOLLAND RICKER,<br><br>               Defendants. | Case No. C06-5672RJB<br><br>**ORDER ON DEFENDANTS' MOTION FOR OVERLENGTH BRIEF** |

THIS MATTER having come before the Court on the Defendants Wal-Mart Stores, Inc., Michael Thanem, and Holland Ricker's Motion for Over-length Brief and the Court having considered the Motion, and being fully apprised in the premises, now, therefore:

//
//
//
//
//
//
//
//

PROPOSED ORDER RE DEFENDANTS' MOTION FOR
OVERLENGTH BRIEF - 1

1532383.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

IT IS HEREBY ORDERED that Defendants Motion for Over-length Brief pursuant to LR 7(f) is GRANTED, and Defendants shall be given leave to file an over-length brief containing up to six additional pages (total of thirty pages). Plaintiff shall be given the same number of pages for filing any responsive brief.

DATED: June 3, 2008.

/s/ROBERT J. BRYAN
Honorable Robert J. Bryan

Presented by:

LANE POWELL PC

By /s/ Nancy W. Anderson
Nancy W. Anderson, WSBA No. 23031
Rudy A. Englund, WSBA No. 04123
Attorneys for Defendants

PROPOSED ORDER RE DEFENDANTS' MOTION FOR OVERLENGTH BRIEF - 2

1532383.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 2nd day of June, 2008, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system.  In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Mr. Peter L. Fels
Peter L. Fels, PC
211 E. Eleventh Street, Ste. 105
Vancouver, WA  98660
Telephone: (360) 694-4530
Facsimile: (360) 694-4530
E-mail: peter@fels-law.com

Executed on 2nd day of June, 2008, at Seattle, Washington.

s/ Nancy W. Anderson
Signature of Attorney
WSBA #:  023031
Typed Name:  Nancy W. Anderson
Address:  Lane Powell PC
1420 Fifth Avenue, Ste. 4100
Seattle, WA  98101
Telephone:  206-223-7983
Fax:  206-223-7107
E-mail:  andersonn@lanepowell.com
Attorney(s) For:  Defendants

PROPOSED ORDER RE DEFENDANTS' MOTION FOR OVERLENGTH BRIEF - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

1532383.1